**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation;<br><br>Plaintiffs,<br><br>v.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a New Jersey corporation; ARCH INSURANCE COMPANY, a Nebraska corporation, LEXINGTON INSURANCE COMPANY, a New Jersey corporation; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: CV 18-6222-DMG (JEMx)<br><br>**ORDER REGARDING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [46]** |

1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT, in accordance with the joint stipulation between Plaintiffs and Defendant Lexington Insurance Company, all claims in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each of the stipulating parties shall bear their own fees and costs.

DATED: October 31, 2019

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE